KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                                         Chapter 11

FREDERIC BOUIN,                                Case No. 21-11932 (DSJ)

                            Debtor.
----------------------------------------------------------X

## DECLARATION OF FREDERIC BOUIN
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

FREDERIC BOUIN hereby declares, pursuant to 28 U.S.C. §1746 as follows:

1.     I am the individual Chapter 11 debtor herein (the "**Debtor**"). I submit this declaration pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

**Local Rule 1007-2(a)(1)**

2.     I filed for Chapter 11 bankruptcy relief to be afforded the opportunity to liquidate my assets in an orderly manner in order to pay back my various creditors, free from the hostile, adversarial and obstructive efforts of my ex-wife, Gina Disabatino ("**Ms. Disabatino**").

3.     For the past fourteen (14) years, I have been embroiled in a matrimonial dispute with Ms. Disabatino. Since the entry of the Judgment of Divorce, I have made extraordinary efforts to work with Ms. Disabatino to pay her the amount the Court determined I owe to her, engaging

1

in extensive strategies with Ms. Disabatino to liquidate assets to satisfy the amount owed to her. However, apparent from Ms. Disabatino's actions, that is not what she wants. Ms. Disabatino does not want to be paid. Her conduct suggests that she wants to strip me of everything – my assets, my son, and my career. Ms. Disabatino has actively schemed and obstructed my efforts to maximize the sale price of my assets so that I can repay her. The hostility and animosity she has towards me has motivated her to take actions with the sole goal and purpose of taking my son away from me and stripping me of all my assets. While she has succeeded in her efforts this far, she has not taken away from me my will to get my son back. This is what is motivated me to not surrender to her attacks and to file this bankruptcy proceeding.

4. In 1979, I came to the United States with $100 to my name. From that day, I worked tirelessly day and night to build a good life for myself. I have established myself as a preeminent art dealer, with over 25 years experience in New York City and Paris, France.

5. Before meeting Ms. Disabatino, I had amassed significant assets. I owned several pieces of real property valued at over $13 million: 721 Fifth Avenue, Unit 34E&F, New York, New York (the "**Trump Tower Apt.**") valued at $7 million; 16001 Collins Avenue #404, Sunny Isles Beach, Florida (the "**Miami Apt**") valued at $1.45 million; 106 Central Park South, Apt #14G, New York, New York (the "**Trump Park Apt.**") valued at $2.75 million; 245 East 93rd Street, Apt. 6L, New York, New York (the "**Astor Park Apt**.") valued at $1.0 million; 64 Ter Rue D'Antibes #517, Cannes, France (the "**Cannes Apt.**") valued at $327,257; 277 Rue de Charenton, Paris France (the "**Paris Apt.**") valued at $600,000; 630 S. Sapodilla Avenue #318, West Palm Beach, Florida valued at $224,500; and vacant land in Costa Rica valued at $260,000.

6. Unbeknowst to me at the time, I was her "mark". Ms. Disabatino preyed on me thinking that she could use her charm and looks to monopolize on my wealth. The beginning of

2

our relationship was full of excitement and emotion. In the spring of 2007, I discovered that Ms. Disabatino was pregnant with our child. At her insistence and in order to not compromise her health or our son's pregnancy, on June 8, 2007, Ms. Disabatino arranged for a justice of the peace to marry us at my Tower Tower Apt.

7. The dissolution of the marriage began immediately. Starting on our wedding day, she refused to sleep in the same room as me and the very next day Ms. Sabatino left me. She went back to her home in Pennsylvania and refused to come back to New York. The Debtor traveled back and forth from New York to Pennsylvania to attempt to see Ms. Disabatino; however, she excluded him from her life and later their son's life. Ms. Disabatino even went so far as to fabricate allegations against the Debtor of rape and abuse, which resulted in the Debtor being arrested and sent to jail. A restraining order was entered, and the Debtor was only allowed to see his son under the supervision of an armed guard. Later, Ms. Disabatino conceded that her allegations were lies.

8. Ms. Disabatino's fraud and dishonestly continued. The Court in the Divorce Proceeding went so far as to characterize her as "chillingly dishonest" when it was uncovered that she created a falsified post-nuptial agreement.

9. Ultimately a divorce proceeding was commenced in 2014 captioned *In re: The Marriage of Frederic Bouin, Petitioner/Husband, and Gina Disabatino, Respondent/Wife,* Case No. 502014DR009956XXXXMB (the "**Divorce Proceeding**").

10. On April 25, 2019, a "Second Amended Final Judgment" was filed in the Divorce Proceeding (the "**Judgment of Divorce**"). The Judgment of Divorce provided for, *inter alia*, a value and disposition of marital assets, and awarded a judgment in Ms. Disabatino's favor against Bouin in the amount of $4,617,499.00 plus interest (the "**Judgment**"). The Palm Beach Court entered an Order to enforce the Judgment (the "**Order**"). Under the Judgment of Divorce, the

payment to Ms. Disabatino was to be made over a two (2) year period, with the initial payment of $1,154,374.75 due to Ms. Disabatino on or before April 30, 2021.

11. The Debtor was not in possession of liquid assets to immediately pay to Ms. Sabatino the amount awarded to her under the Judgment of Divorce. However, Ms. Disabatino had offered to accept the Miami Apt, a non-marital asset owned by the Debtor, in satisfaction of the first payment. Ms. Disabatino valued the Miami Apt at $1,450,000.00, which was accepted as its value in the Divorce Proceeding. When the Debtor accepted this proposal, Ms. Disabatino reneged and instead held the Debtor in default of the Judgment of Divorce and obtained a civil warrant of arrest against him.

12. At a hearing in June, 2019 the Debtor borrowed $250,000 to pay to Ms. Disabatino and the civil warrant was removed.

13. After accepting the payment, Ms. Disabatino resumed her efforts and obtained another civil warrant against the Debtor. On November 14, 2019, Ms. Disabatino obtained a writ of execution to levy on the Miami Apt to satisfy the Order. Then, Ms. DiSabatino obtained another warrant against the Debtor in December, 2019 when the Debtor was stranded in an snow storm in New York and could not attend a Court hearing in Florida. In order to purge the contempt warrants, Ms. Disabatino demanded $500,000. The Debtor was able to borrow $350,000 and paid Ms. Disabatino. Although that payment was accepted, Ms. Disabatino continued to hold the Debtor in contempt and the civil warrants for the Debtor's arrest remained in force and effect. At the time, the Debtor was visiting his mother in France, who suffers from Alzheimer's Disease. Due to the outstanding civil warrants, the Debtor has been unable to return to this Country.

14. Pursuant to a Notice of Sheriff's Sale, there was supposed to be a Sheriff's sale of the Miami Apt. on March 17, 2020. This sale was cancelled because of the Covid-19 pandemic.

On August 10, 2020, the Sheriff of Miami-Dade County issued a new Notice of Sheriff's Sale of the Property, and a Sheriffs Sale was conducted on September 16, 2020, with GSS18, LLC ("**GSS18**") as the highest bidder in the amount of $571,000, nearly $1.0 million less than the fair market value of the Miami Apt. Had Ms. Disabatino not reneged on her offer, or thereafter interfered with the Debtor's ability to sell the Miami Apt, the Debtor would have been in a position to pay Ms. Disabatino a much more significant amount of money towards her Judgment. On September 14, 2020, the Debtor filed a motion in the Divorce Proceeding seeking to vacate the Writ of Execution and to prevent the sale of the Miami Apt, which was ultimately denied.

15. On November 19, 2020, GSS18 commenced an action to Quiet Title to the Miami Apt. captioned *GSS18, LLC v. Frederic Bouin, Gina Disabatino, et al.*, Case No. 2020-024934-CA-01 (the "**Quiet Title Action**"). Ms. Disabatino filed a counterclaim to foreclosure the Judgment against GSS18 and the Debtor, and thereafter moved for summary judgment. By Order dated October 15, 2021 in the Quiet Title Action, Ms. Disabatino's motion for summary judgment was granted, and a sale of the Miami Apt was been rescheduled for December 6, 2021. The Debtor submits that by virtue of the filing of this Chapter 11 Case, the December 6 sale is stayed.

16. Ms. Disabatino has continued her efforts to recover the Debtor's assets at a fraction of their actual value extends beyond the Sheriffs' sale of the Miami Apt.

17. Over the past sixty (60) days, Ms. Disabatino has forced Sheriffs' sales of two (2) other properties owned by the Debtor: the Astor Park Apt. and Trump Park Apt. Both of these properties were rented and the rent roll derived from these properties supported the Debtor's child support and alimony payments to Ms. Disabatino. Regardless and seemingly to spite the Debtor, Ms. Disabatino forced a Sheriffs' sale of the Astor Terrace Apt. on September 8, 2021, notwithstanding that the Debtor had a buyer in the amount of $700,000. Instead, Ms. Disabatino

credit bid $415,000 to acquire the Astor Terrace Apt. The interested buyer has since increased the offer to $1.0 million. Again, on October 10, 2021, Ms. Disabatino forced a Sheriffs' sale of the Trump Park Apt. and a third party was the highest bidder in the approximate amount of $1.1 million, even though the value of the Trump Park Apt. is more than twice that, and valued at approximately $2,750,000.

18. A third Sheriffs' sale for the Trump Tower Apt. was scheduled for November 10, 2021. The Debtor's real estate broker had several parties interested in the Trump Tower Apt. and offers as high as $7 million. However, the Debtor was not able to pursue those leads since Ms. Disabatino had taken efforts to prevent the Debtor from even having access to the Trump Tower Apt. Notably, the Debtor had sold several pieces of art and the sale proceeds in the amount of $155,000 is being held in an attorney escrow account, pending the buyer's access to the Trump Tower Apt. to remove the art.

19. Ms. Disabatino's efforts to hold the Debtor in contempt and force Sheriffs' sales instead of allowing the Debtor the opportunity to liquidate his assets in an orderly manner has hurt not only the Debtor, but also Ms. Disabatino who is claiming to still be owed millions of dollars by the Debtor. If Ms. Disabatino was motivated to get paid on her Judgment, she would have allowed the Debtor to market and sell his assets in an orderly manner. Instead she has taken steps to destroy me and keep me from seeing my son. It is my most sincere hope and wish that I can use this Chapter 11 Case to pay the Judgment, so that I focus on repairing my relationship with my son.

**Local Rule 1007-2(a)(2)**

20. This case was not originally commenced under Chapter 7 or 13 of 11 U.S.C. §§101 et seq. (the "**Bankruptcy Code**").

6

**Local Rule 1007-2(a)(3)**

21. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

22. A list of the names and addresses of my 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in §101(31) of the Bankruptcy Code is annexed hereto as <u>Exhibit A</u>.

**Local Rule 1007-2(a)(5)**

23. My 5 largest secured creditors are:

| | |
|---|---|
| Gina Disabatino<br>c/o Thomas J. Sasser Esq.<br>1800 S Austrialian Avenue<br>West Palm Beach, FL 33409 | $4.5 million (approx.)<br>Judgment |
| NYC Dept. of Finance<br>345 Adams Street, 3rd Floor<br>Brooklyn, New York | $200,000 (approx.)<br>NYC real estate taxes |
| The Trump Corporation<br>725 Fifth Avenue, 26th Floor<br>New York, New York 10022 | $123,451.86<br>HOA Common Charges<br>Trump Tower Apt |
| The Trump Corporation<br>725 Fifth Avenue, 26th Floor<br>New York, New York 10022 | $22,674.21<br>HOA Common Charges<br>Trump Park Apt |

**Local Rule 1007-2(a)(6)**

24. A summary of my assets and liabilities is annexed hereto as <u>Exhibit B.</u>

**Local Rule 1007-2(a)(7)**

25. As an individual debtor, Local Rule 1007-2(a)(7) is not applicable.

**Local Rule 1007-2(a)(8)**

26. None of my property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

27. I currently reside at the Cannes Apt: 64 Ter Rue D'Antibes #517, Cannes, Frances 06400. As soon as the civil warrants for my arrest are lifted and I am free to travel back to the United States, I intend to relocate to the Trump Tower Apt, so that I can hopefully see my son and resume visitation. I do not have any other premises owned, leased, or held under any other arrangement from which I operate my affairs.

**Local Rule 1007-2(a)(10)**

28. My assets are located at (i) the Cannes Apt, (ii) the Trump Tower Apt, and (iii) the Paris Apt, which is also where my books and records are located.

**Local Rule 1007-2(a)(11)**

29. The pending lawsuit against me are:

> *In re: The Marriage of Frederic Bouin, Petitioner/Husband, and Gina Disabatino, Respondent/Wife,* Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, Case No. 502014DR009956XXXXMB

> *GSS18, LLC v. Frederic Bouin, Gina Disabatino, et al.*, Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida, Case No. 2020-024934-CA-01 (On appeal to the Third District Court of Appeal)

**Local Rule 1007-2(a)(12)**

30. As an individual debtor, Local Rule 1007-2(a)(12) is not applicable.

## **CONCLUSION**

Pursuant to 28 U.S.C. §1746, we declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2021

                                             */s/ Frederic Bouin*
                                             FREDERIC BOUIN

Exhibit "A"

Fill in this information to identify your case:

Debtor 1    Frederic   Bouin
          First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |

**Unsecured claim**

**1**

Law Office of Sasser Cestro & Roy PA
Creditor's Name
1800 S. Australian Ave
Number    Street

West Palm Beach    FL    33409
City       State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Pursuant to Judgment of Divorce

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $ _____
                Value of security:    – $ _____
                Unsecured claim:     $ _____

$ 1,399,964.10

**2**

Estate of Diana Rhodes
Creditor's Name
c/o Dennis Gallagher
Number    Street
4721 N Rio Vista Dr

Los Angeles    CA    90049
City       State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $ _____
                Value of security:    – $ _____
                Unsecured claim:     $ _____

$ 825,000.00

Debtor 1  Frederic Bouin
          First Name  Middle Name  Last Name

Case number (*if known*) _____

**Unsecured claim**

**3** Portfolio
Creditor's Name
120 Corporate Blvd, Ste 1
Number       Street
_____
Norfolk            VA    23502
City               State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:         − $_____
         Unsecured claim               $_____

$111,086.00

**4** Portfolio Recov Assoc
Creditor's Name
150 Corporate Blvd
Number       Street
_____
Norfolk            VA    23502
City               State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:         − $_____
         Unsecured claim               $_____

$111,086.00

**5** Jpmcb Card
Creditor's Name
Po Box 15369
Number       Street
_____
Wilmington         DE    19850
City               State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:         − $_____
         Unsecured claim               $_____

$101,410.00

**6** Lipsky Goodskin
Creditor's Name
120 W 45th Street
Number       Street
Ste 700
_____
New York           NY    10036
City               State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Accounting Services

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:         − $_____
         Unsecured claim               $_____

$50,000.00

**7** Citizens Bank
Creditor's Name
1000 Lafayette Blvd
Number       Street
_____
Bridgeport         CT    06604
City               State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:         − $_____
         Unsecured claim               $_____

$21,821.00

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    29    page 2

| Debtor 1 | Frederic Bouin | Case number (*if known*) _____ |
|---|---|---|
| | First Name  Middle Name  Last Name | |

**Unsecured claim**

**8** Credit Control LLC
Creditor's Name

for Capital One NA
Number  Street

5757 Phantom Dr. Ste 330

Hazelwood  MO  63042
City  State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$ 2,531.64

---

**9** The Bureaus Inc
Creditor's Name

650 Dundee Rd Ste 370
Number  Street

Northbrook  IL  60062
City  State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$ 2,531.00

---

**10** Portfolio Recov Assoc
Creditor's Name

150 Corporate Blvd
Number  Street

Norfolk  VA  23502
City  State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$ 2,225.00

---

**11** Afni, Inc.
Creditor's Name

Po Box 3097
Number  Street

Bloomington  IL  61702
City  State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$ 330.00

---

**12** Amex
Creditor's Name

Po Box 297871
Number  Street

Fort Lauderdale  FL  33329
City  State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

$ 69.00

Debtor 1  Frederic Bouin                                   Case number (*if known*)_____
         First Name  Middle Name  Last Name

|   | | Unsecured claim |
|---|---|---|

**13**
Creditor's Name: Amex
Number Street: Po Box 297871
City/State/ZIP: Fort Lauderdale  FL  33329
Contact:
Contact phone:

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security:           − $_____
         Unsecured claim               $_____

$ 59.00

**14**
Creditor's Name: L J Ross Associates In
Number Street: 4 Universal Way
City/State/ZIP: Jackson  MI  49202
Contact:
Contact phone:

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security:           − $_____
         Unsecured claim               $_____

$ 53.00

**15**
Creditor's Name:
Number Street:
City/State/ZIP:
Contact:
Contact phone:

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security:           − $_____
         Unsecured claim               $_____

$_____

**16**
Creditor's Name:
Number Street:
City/State/ZIP:
Contact:
Contact phone:

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security:           − $_____
         Unsecured claim               $_____

$_____

**17**
Creditor's Name:
Number Street:
City/State/ZIP:
Contact:
Contact phone:

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security:           − $_____
         Unsecured claim               $_____

$_____

Debtor 1  Frederic Bouin  
First Name    Middle Name    Last Name

Case number (*if known*)_____

| | **Unsecured claim** |

**18**

_____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City            State        ZIP Code  
_____  
Contact  
_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

**19**

_____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City            State        ZIP Code  
_____  
Contact  
_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

**20**

_____  
Creditor's Name  
_____  
Number    Street  
_____  
_____  
City            State        ZIP Code  
_____  
Contact  
_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim  $_____

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Frederic Bouin_____          ✘ _____
Signature of Debtor 1                          Signature of Debtor 2

Date  11/12/2021____                           Date  11/12/2021____
     MM / DD / YYYY                                  MM / DD / YYYY

Exhibit B

In re Frederic Bouin      Case No. 21-11932
**Debtor**

## BALANCE SHEET

| ASSETS | | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| 721 Fifth Avenue, Unit 34E&F, New York, NY | | $7,000,000.00 |
| 64 rue d'Antibes, Cannes, France | | $327,257.00 |
| 780 S. Sapodilla Ave, West Palm Beach, FL | | $202,000.00 |
| 277 Rue de Charenton, Paris, France | | $600,000.00 |
| Vacant land in Costa Rica | | $260,000.00 |
| *TOTAL REAL PROPERTY ASSETS* | | $8,389,257.00 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | $100.00 |
| Bank Accounts | | |
| Proceeds from Art Sale (held in escrow) | | $155,000.00 |
| Household Goods & Furnishings | | $10,000.00 |
| Books, Pictures, Art | | $2,500,000.00 |
| Wearing Apparel | | $1,000.00 |
| Furs and Jewelry | | $500.00 |
| Firearms & Sports Equipment | | $100.00 |
| Insurance Policies | | $0.00 |
| Annuities | | $0.00 |
| Education IRAs | | $0.00 |
| IRA Account | | $2,686.80 |
| Stocks | | |
| Autos, Trucks & Other Vehicles | | |
| *TOTAL PERSONAL PROPERTY* | | $2,669,386.80 |
| **TOTAL ASSETS** | | $11,058,643.80 |

| LIABILITIES | | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| Secured Debt | | $4,846,126.07 |
| Priority Debt | | $0.00 |
| Unsecured Debt | | $2,628,165.74 |
| *TOTAL LIABILITIES* | | $7,474,291.81 |