UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                   Chapter 11
FREDERIC BOUIN,                       Case No. 21-11932 (DSJ)

                      Debtor.
------------------------------------------------------------X

## **STIPULATION OF SUBSTITUTION OF COUNSEL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Griffin Hamersky LLP, 420 Lexington Avenue, #400, New York, New York 10170, will be and hereby is substituted for Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 as counsel for Debtor Frederic Bouin in the above captioned Chapter 11 Bankruptcy Case, subject to approval by the Bankruptcy Court.


Dated: New York, New York                Dated: Scarsdale, New York
        May 12, 2022                                  May 12, 2022

GRIFFIN HAMERSKY LLP                KIRBY AISNER & CURLEY LLP
*Proposed Incoming Attorney for the Debtor*   *Proposed Outgoing Attorney for the Debtor*
420 Lexington Avenue #400                 700 Post Road, Suite 237
New York, New York 10170                 Scarsdale, New York 10583
Phone: (212) 998-5580                         Phone: (914) 401-9500

By: */s/ Scott A. Griffin*                        By: */s/ Julie Cvek Curley*
     Scott A. Griffin, Esq.                            Julie Cvek Curley, Esq.

Dated: May 12, 2022



  */s/ Frederic Bouin*
Frederic Bouin